PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Thomas Terreri      Cr.: 06-00332-001
                                                           PACTS #: 45442

Name of Sentencing Judicial Officer: Honorable Faith S. Hochberg

Date of Original Sentence: 07/24/06

Original Offense: Misprison of a Felony in violation of Title 18 U.S.C. § 4

Original Sentence: 36 months

Type of Supervision: Probation                        Date Supervision Commenced: 07/24/06

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has failed to comply with the special condition which states he is to fully cooperate with the Internal Revenue Service in the investigations of his financial dealings, as well as, submitting all amended income tax returns for 1998, 1999, 2000 and 2001. He has also failed to satisfy an outstanding payment of $778.69 which he owes to the IRS for tax year 1996. Furthermore, the offender has failed to satisfy an outstanding restitution balance of $3,200. At sentencing, he was instructed to submit monthly payments of no less than $200. His last payment of $200 was received on March 6, 2009, after being reprimanded by the undersigned. His payment history for the past twelve months is as follows: December 8, 2008, September 24, 2008, May 29, 2008, and March 13, 2008. |

U.S. Probation Officer Action: On March 30, 2009, the undersigned officer notified the Financial Litigation Unit (FLU) and requested their assistance in the implementation of a wage garnishment. The offender is gainfully employed. According to FLU, the "Application and Order" for wage garnishment was forwarded to Your Honor on March 31, 2009, for review. Since commencement of his probation term the undersigned officer has instructed the offender to comply with the Internal Revenue Service (IRS) and submit all amended tax returns as well as monthly restitution payments of no less than $200 as ordered by the Court. During an office visit on March 20, 2009, the offender was given a written letter of reprimand, which he signed and dated, outlining his noncompliance and instructing him to satisfy all outstanding IRS matters by April 1, 2009, to avoid Court notification. As of this writing, Terreri has failed to comply with all directives.

PROB 12A - Page 2
Thomas Terreri

Respectfully submitted,

By: Elizabeth A. Villa
U.S. Probation Officer
Date: 04/01/09

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[X] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

4/2/09
Date