PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Thomas Terreri          **Docket Number:** 06-00332-001
         **PACTS Number:** 45442

**Name of Sentencing Judicial Officer:** HONORABLE Faith S. Hochberg

**Date of Original Sentence:** 07/24/2006

**Original Offense:** MISPRISON OF FELONY in violation of Title 18 U.S.C. § 4

**Original Sentence:** 3 years

**Special Conditions:** Financial Disclosure; Cooperate with IRS; No new Debt and DNA Testing

**Type of Supervision:** probation          **Date Supervision Commenced:** 07/24/06

**Assistant U.S. Attorney:** Joshua Drew, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Christopher O'Malley, 840 Cooper Street, Suite 350, Camden, New Jersey 08102, (856) 757-5341

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**The defendant is to fully cooperate with the Internal Revenue Service by filing all delinquent or amended returns within six months of the sentence date and to timely file all future returns that come due during the period of probation. The defendant is to properly report all correct taxable income and claim only allowable expenses on those returns. The defendant is to provide all appropriate documentation in support of said returns. Upon request, the defendant is to furnish the Internal Revenue Service with information pertaining to all assets and liabilities, and the defendant is to fully cooperate by paying all taxes, interest and penalties due, and otherwise comply with the tax laws of the United States.**' |
| | Despite numerous instructions by the undersigned officer to comply, offender has failed to cooperate with the Internal Revenue Service in the investigations of his financial dealings, as well as, submitting all amended income tax returns for 1998, 1999, 2000 and 2001. He has also failed to satisfy an outstanding payment of $778.69 which he owes to the IRS for tax year 1996. |

PROB 12C - Page 2
Thomas Terreri

2   The offender has violated the supervision condition which states '**As a condition of supervision, you are instructed to pay restitution in the amount of $7,000 to Schering Plough Corporation; it shall be paid in monthly installments of no less than $200.**'

The offender has failed to satisfy an outstanding restitution balance of $3,200. At sentencing, he was instructed to submit monthly payments of no less than $200. His last payment of $200 was received on March 6, 2009, after being reprimanded by the undersigned. His payment history for the past twelve months is as follows: December 8, 2008, September 24, 2008, May 29, 2008, and March 13, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

By: Elizabeth A. Villa
U.S. Probation Officer
Date: 4/15/09

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 5/13/09 @ 10:30A.m.
[ ] No Action
[ ] Other

Signature of Judicial Officer

4/15/09
Date